# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

FREEDOM MORTGAGE CORPORATION

VERSUS

VICTOR TERRELL HUNTER AND
TRENESSIA LANETTE JOHNSON

NO.  2026 CW 0408

**JUNE 01, 2026**

---

In Re:    Trenessia Johnson and Victor Hunter, applying for
          supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 766737.

---

**BEFORE:    THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

   **WRIT DENIED.**

                         MRT
                         KEB
                         BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana
Supreme Court.